Marcel M. Holzer v. Deutsche Reichsbahn-Gesellschaft. Deutsche Reichsbahn-Gesellschaft. Deutsche Verkehrs-Kredit Bank Aktien-Gesellschaft and Others. The Government of Germany.— Motion for leave to appeal to the Court of Appeals granted, questions certified. [See ante, p. 729.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part.

In the Matter of Proving the Last Will and Testament of Annie Katz, Deceased. David Reader and Frances Reader, Appellants; Herman Katz and Martin Gollubier, as Special Guardian, Respondents.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The Continental Bank & Trust Company of New York, as Successor Trustee, etc., under a Certain Mortgage or Deed of Trust Dated March 16, 1926, Made by Broadway 94th Street Realty Co., Inc., v. Broadway-94th Street Realty Co., Inc., and Others. In the Matter of the Application of Charles Shapiro for Permission to Sue Cornelius J. Smyth and John F. Murray, as Receivers.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Samuel Seligman and Others for an Order of Peremptory Mandamus against James E. Finegan and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Abraham Ellis v. Harry Sherman, as President of the Moving Picture Machine Operators' Union of Greater New York, Local 306 of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada. Amended by order appealed from to: Abraham Ellis v. Joseph Basson, as President of the Moving Picture Machine Operators' Union